IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DAWNIQUE STEEL,

    Plaintiff,

v.                            CASE NO. CV416-313

TRAVELERS PROPERTY CASUALTY
INSURANCE COMPANY,

    Defendant.

## ORDER

Before the Court is the parties' Joint Motion for Dismissal With Prejudice. (Doc. 37.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested, Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE** with each party to bear its own costs and attorney fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 25th day of May 2018.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA